IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA ANN FRETWELL, #236030, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv878-WHA |
| ) | (WO) |
| WARDEN GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 7, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims for monetary damages against defendants in their official capacities are DISMISSED as defendants are entitled to absolute immunity from these claims;

2. Defendants' motion for summary judgment on plaintiff's deliberate indifference claim (Doc. # 11) is GRANTED and this claim against defendants is DISMISSED with prejudice;

3. Defendants Deese, Albright, Hill and Vanderpole's motion for summary judgment with respect to plaintiff's excessive force and *respondeat superior* claims (Doc. # 11) are GRANTED and these claims against these defendants are DISMISSED with prejudice;

4. Defendants Lee, Riley, Davidson, Cargill, and Jones' motion for summary judgment with respect to plaintiff's excessive force claim (Doc. # 11) are DENIED;

5. Plaintiff's claim that Defendants Lee, Riley, Davidson, Cargill and Jones used excessive force against her be set for an evidentiary hearing before the Magistrate Judge.

Done this 25th day of July, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE