IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LISA ANN FRETWELL, #236 030 | * |
| Plaintiff, | * |
| v. | *   2:04-CV-878-WHA |
| | (WO) |
| SGT. RILEY, *et al.*, | * |
| Defendants. | * |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On July 25, 2006, this court entered an order which, in part, denied Defendants Lee, Riley, Davidson, Cargill, and Jones' motion for summary judgment on Plaintiff Lisa Fretwell's *pro se* 42 U.S.C. §1983 complaint alleging that Defendants violated her constitutional rights by subjecting her to excessive force.  The undersigned then set this matter for an evidentiary hearing.

On November 17, 2006, the court held a final pretrial conference.  Plaintiff and counsel for Defendants participated in the pretrial conference.  The court sought affirmation from Plaintiff that she wished to continue with the prosecution of this case, which is set for an evidentiary hearing on  December 19, 2006.  Plaintiff replied that she no longer wishes to proceed in this matter. She confirmed with the court her desire to dismiss this case and agreed to dismissal of her complaint with prejudice.

In light of the foregoing, it is the RECOMMENDATION of the Magistrate Judge that

this complaint be DISMISSED based on Plaintiff's stated desire to forego further prosecution of this action, and that dismissal of this matter be with prejudice by agreement of the parties.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before December 3, 2006.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 20th day of November, 2006.

/s/ Susan Russu Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE