IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA ANN FRETWELL, #236030, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:04cv878-WHA |
| | ) |
| SGT. RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #33), entered on November 20, 2006, it is hereby

ORDERED that the Recommendation is adopted, and this case is DISMISSED with prejudice by agreement of the parties.

DONE this 11th day of December, 2006.

     /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE